IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY KING                                                                        PLAINTIFF

v.                         CIVIL NO. 08-2068

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                         DEFENDANT

**ORDER**

On November 4, 2009, Plaintiff filed a motion to supplement the memorandum brief filed in support of his motion for attorney fees (Doc. # 13). Plaintiff's motion is hereby granted.

IT IS SO ORDERED this 5th day of November 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE