IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY KING                                                    PLAINTIFF

         V.                    Civil No. 08-2068

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                DEFENDANT

## O R D E R

On this 11th day of January 2010, there comes on for consideration the report and recommendation filed in this case on December 22, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 17). Also before the Court are Plaintiff's objections (Doc. 18) to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff is awarded attorney's fees in the amount of $6,039.20.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge