```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

BOBBY KING                                              PLAINTIFF

     V.               Civil No. 08-2068

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

### O R D E R

On this 11th day of January 2010, there comes on for consideration the report and recommendation filed in this case on December 22, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 17). Also before the Court are Plaintiff's objections (Doc. 18) to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff is awarded attorney's fees in the amount of $6,039.20.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```

**AO72A**
**(Rev. 8/82)**